UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL WHITLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK J. BISIGNANO, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:24-CV-646-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on June 11, 2025 [D.E. 18], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Judgment filed and entered on July 15, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)


July 15, 2025                                  Peter A. Moore, Jr.
                                               Clerk of Court


                                               By: /s/ Stephanie Mann
                                                   Deputy Clerk